UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN HUMANIST ASSOCIATION, DIANA HANSEN, AND JOHN LARSEN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY OF LAKE ELSINORE, etc., *et al.*,<br><br>  Defendant. | Case No.: ED CV 13-00989 SVW (OPx)<br><br>JUDGMENT<br><br><br><br>JS-6 |

This action came on for trial before the Court only, the Honorable Stephen V. Williams, presiding. The issues having been duly tried, the Court having made its Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Plaintiffs the American Humanist Association, Diana Hansen and John Larsen against Defendant the City of Lake Elsinore for violation of the United States Constitution's Establishment Clause and the Establishment and No Preference Clauses of the California Constitution and is a violation of the Plaintiffs' constitutional rights under 42 U.S.C. § 1983;

1. The Court hereby declares that the proposed Monument identified in the Court's Findings of Fact and Conclusions of Law (the "Monument") has an unconstitutional religious purpose and an unconstitutional religious effect.

2. Defendant, as well as any successors or assigns, is hereby PERMANENTLY ENJOINED from funding, constructing, or displaying the proposed Monument on any government or City-owned or City-leased property.

3. Defendant is hereby ordered to pay an award of $1 in nominal damages to the Plaintiff AHA.

4. Plaintiffs are found to be the prevailing party in this case and shall be entitled to an award of costs.  Plaintiffs may file a motion for reasonable attorney's fees.

Any motion for attorney's fees or application to tax costs shall be filed in accordance with the Federal Rules of Civil Procedure and/or Local Rules following the entry of Judgment by the Court.

DATED: March 17, 2014

UNITED STATES DISTRICT JUDGE

3
JUDGMENT